# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Erick Marin-Roldan,

    Petitioner,

v.

Markwayne Mullin, et al.,

    Respondents.

No. CV-26-04910-PHX-MSA

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to answer the Petition. (Doc. 5.) In their Response, Respondents state that they "Respondents do not oppose the request for a bond hearing pursuant to 8 U.S.C. § 1226(a)." (Doc. 8.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for a bond hearing.

**IT IS THEREFORE ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** that Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing. **If**

**applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of July, 2026.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge